JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TII TRADING INC.**, a California corporation,<br><br>    Plaintiff,<br><br> v.<br><br>**GUANGDONG BESTEK E-COMMERCE CO., LTD**, a China limited company; and **BESTEK GLOBAL LLC,** a Delaware limited liability company,<br><br>    Defendants. | Case No. 2:17-CV-08590-RGK-AFMx<br><br>Hon. R. Gary Klausner<br><br><br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL PURSUANT TO FRCP 41(a) |
| **GUANGDONG BESTEK E-COMMERCE CO., LTD**, a China limited company; and **BESTEK GLOBAL LLC,** a Delaware limited liability company,<br><br>    Counter-Plaintiff.<br><br> v.<br><br>**TII TRADING INC.**, a California corporation,<br><br>    Counter-Defendant | |

  Plaintiff and Counter-Defendant TII Trading Inc. ("TII") and Defendants and Counter-Plaintiffs Guangdong Bestek E-Commerce Co., Ltd. and Bestek Global LLC (collectively "Bestek") have reached a Settlement Agreement and have jointly filed a

Stipulation to request the Court order dismissal of the above-captioned civil action (Docket No. 35).

Pursuant to that Stipulation and Fed. R. Civ. P. 41(a), it is hereby ORDERED THAT:

All claims and counter-claims of any party in the above captioned matter are dismissed, with prejudice; the Court shall retain jurisdiction to enforce the Settlement Agreement upon which this dismissal is predicated for a period of twenty-four (24) months; and the parties are responsible for their own fees and costs.

**SO ORDERED** this 15th day of November, 2018.

_____
R. Gary Klausner
United States District Judge